UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                    Case Nos.    3:19cr117/TKW/MAL
                                                   3:23cv8989/TKW/MAL


SAM JONES, JR.
_____/


## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 183).   No objections were filed.

Upon review of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's *pro se* motion to vacate, set aside or correct sentence under 28 U.S.C. §2255 should be denied on the merits without an evidentiary hearing.   The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendant's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 171) is **DENIED** on the merits.

3.     A certificate of appealability is **DENIED**.

4.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**