**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**

**Case No. 3:19-cr-117-TKW-MAL**
**No. 3:26-cv-4896-TKW-MAL**

**SAM JONES, JR.,**

**Defendant.**

_______________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 194) and Defendant's objection (Doc. 195). Based on the Court's de novo review of the issues raised in the objection, the Court agrees with the magistrate judge that Defendant's successive §2255 motion should be dismissed because he did not get permission from the Eleventh Circuit to file it.

This is third successive §2255 motion that Defendant has filed,[1] which is three too many. Even if this motion raises different issues than were previously raised in this case (and it is not clear that it does), that is immaterial because a defendant generally only gets to file one §2255 motion and any claims that are not raised in that motion are procedurally barred.

[1] The first two successive §2255 motions were not styled as such, but that is how they were treated because they collaterally attacked Defendant's sentence. *See* Docs. 189, 191.

The Court did not overlook Defendant's request that the motion be transferred to the Eleventh Circuit "so [that court] may determine whether authorization should be granted." That request is denied. If Defendant wants the Eleventh Circuit to decide whether to grant him authorization to file a second or successive §2255 motion, he will need to file an appropriate petition with that court.

Accordingly, it is ORDERED that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference into this Order.

2. Defendant's §2255 motion (Doc. 192) is DISMISSED without prejudice as unauthorized.

3. Defendant is warned that he may be subject to sanctions if he continues to file motions challenging his conviction and sentence in this Court (under §2255 or otherwise) without having first received authorization from the Eleventh Circuit.

**DONE and ORDERED** this 21st day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**